UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

GOLDY HANDLER,

                                              Plaintiff,

      - against -

NEW YORK CITY DEPARTMENT OF EDUCATION and
CITY OF NEW YORK,

                                              Defendants.

-----------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

25-cv-03735 (DG) (JRC)

       **PLEASE TAKE NOTICE** that **ILONA J. EHRLICH**, Assistant Corporation Counsel, on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, appears herein as counsel of record for Defendants Department of Education of the City of New York and City of New York. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below.

Dated: New York, New York
          August 4, 2025

                                            **MURIEL GOODE-TRUFANT**
                                            Corporation Counsel
                                            of the City of New York
                                            Attorney for Defendants
                                            100 Church Street, Room 2-196
                                            New York, New York 10007
                                            (212) 356-2549

                                 By:  /s/ *Ilona J. Ehrlich*
                                               Ilona J. Ehrlich
                                           Assistant Corporation Counsel

cc:     All Counsel of Record (By ECF)