**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ILONA EHRLICH**
*Assistant Corporation Counsel*
Phone: (212) 356-2549
iehrlich@law.nyc.gov

February 11, 2026

**By ECF**

Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Handler v. New York City Department of Education, et al.*
1:25-cv-03735-DG-JRC

Dear District Judge Gujarati:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant the New York City Department of Education ("DOE") in the above-referenced action.

I write jointly on behalf of the parties to advise the Court that the parties have reached a settlement agreement in principle following the Eastern District of New York's Court-Annexed Mediation with Mediator Holly Weiss held on January 29, 2026, and the parties are currently in the process of preparing and finalizing the necessary settlement paperwork.

Accordingly, the parties jointly respectfully request that the Court adjourn *sine die* all previously scheduled deadlines, to enable the parties to finalize the settlement agreement and file the stipulation of dismissal with the Court.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

Ilona J. Ehrlich

Ilona J. Ehrlich, Esq.
Assistant Corporation Counsel