UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

GOLDY HANDLER,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

Civil Case No. 25-cv-03735 (DG) (JRC)

**PLEASE TAKE NOTICE** that I, **Eric Vetterlein**, Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, am assigned to represent Defendant New York City Department of Education in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below.

Dated: New York, New York
February 24, 2026

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
City of New York
Attorney for Defendant NEW YORK CITY DOE
100 Church Street, Room 2-108
New York, New York 10007
(212) 356-5044
evetterl@law.nyc.gov

By: /s/ Eric Vetterlein
Eric Vetterlein
Assistant Corporation Counsel

To: All attorneys of record (via ECF)

1:25-CV-03735

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GOLDY HANDLER,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

**NOTICE OF APPEARANCE**

***STEVEN BANKS***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-108*
*New York, N.Y. 10007-2601*

*Of Counsel: Eric Vetterlein*
*Telephone: (212) 356-5044*
*Matter No.: 2025-051809*

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................................ , 2026.*

*Signed: ............................................................. Esq.*

*Attorney for ......................................................*